United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Stephen Krewson,<br><br>　　　　　Debtor. | Case No. 23-11985-pmm<br><br>Chapter 13 |

### Certificate of Service

　　I certify that on this date I served a true and correct copy of the Debtor's Second Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Ally Financial, Inc.
Attn: Bankruptcy
500 Woodard Ave
Detroit, MI 48226

Police and Fire Federal Credit Union
3333 Street Rd
Bensalem, PA 19020-2051


Date: January 8, 2024

　　　　　　　　　　　　　　　　　　　　/s/ Michael A. Cibik
　　　　　　　　　　　　　　　　　　　　Michael A. Cibik (#23110)
　　　　　　　　　　　　　　　　　　　　Cibik Law, P.C.
　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　mail@cibiklaw.com