B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re   STEPHEN KREWSON                                                    Case No. __23-11985__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

___LVNV Funding LLC___                                    Prosper Marketplace Inc.
Name of Transferee                                            Name of Transferor

Name and Address where notices to transferee            Court Claim # (if known): __14__
should be sent:                                          Amount of Claim:         __$10,307.38__
    LVNV Funding LLC                  Date Claim Filed:        __09/12/2023__
    c/o Resurgent Capital Services
    PO Box 10587
    Greenville, SC 29603-0587

Phone: __(877) 264-5884__                                Phone: _____
Last Four Digits of Acct #: ___7415___                   Last Four Digits of Acct. #: __2338__

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/ Mark Stidham___                               Date: __1/9/2024__
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.