United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 23-11985-pmm

Stephen Krewson                                                                              Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                           User: admin                          Page 1 of 3

Date Rcvd: Feb 27, 2024                Form ID: 155                    Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stephen Krewson, 1830 Woodland Rd, Abington, PA 19001-3812 |
| 14798609 | + | Abington School District, 970 Highland Ave, Abington, PA 19001-4590 |
| 14798618 | | Donna Krewson, 1830 Woodland Rd, Abington, PA 19001-3812 |
| 14798624 | | Montgomery County Tax Claim Bureau, PO Box 190, Norristown, PA 19404-0190 |
| 14798630 | | PHH Mortgage, 3900 Capital Blvd, Lansing, MI 48906 |
| 14798629 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14798637 | | Township of Abington, 1176 Old York Rd, Abington, PA 19001-3731 |
| 14798638 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14798610 | + | Email/Text: backoffice@affirm.com | Feb 28 2024 00:47:00 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14797558 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 28 2024 01:01:32 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14812302 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 28 2024 01:15:39 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14798611 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 28 2024 00:46:00 | Ally Financial, Inc, Attn: Bankruptcy 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14798612 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Feb 28 2024 01:15:18 | Best Egg, 1523 Concord Pike Suite 201, Wilmington, DE 19803-3656 |
| 14798614 | | Email/Text: BKPT@cfna.com | Feb 28 2024 00:46:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14806862 | | Email/Text: BKPT@cfna.com | Feb 28 2024 00:46:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OH 44181-8011 |
| 14798613 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 01:15:47 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14798615 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:50:16 | Citibank/Sears, Attn: Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14798616 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:46:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14798617 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 28 2024 00:50:12 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14798619 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |

| Recipient ID | | Delivery Method | Date/Time | Party |
|---|---|---|---|---|
| | | | Feb 28 2024 00:47:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14798620 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Feb 28 2024 00:46:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14834836 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Feb 28 2024 00:50:12 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14806174 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Feb 28 2024 00:49:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14798621 | | Email/Text: Documentfiling@lciinc.com | | |
| | | | Feb 28 2024 00:46:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-2802 |
| 14812663 | + | Email/Text: Documentfiling@lciinc.com | | |
| | | | Feb 28 2024 00:46:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 14806176 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Feb 28 2024 00:50:15 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14798622 | + | Email/Text: bankruptcy@marinerfinance.com | | |
| | | | Feb 28 2024 00:46:00 | Mariner Finance, Attn: Bankruptcy 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14798623 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Feb 28 2024 00:49:16 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14798625 | + | Email/Text: electronicbkydocs@nelnet.net | | |
| | | | Feb 28 2024 00:47:00 | Nelnet, Attn: Claims, P.O. Box: 82505, Lincoln, NE 68501-2505 |
| 14798626 | + | Email/Text: BKEBN-Notifications@ocwen.com | | |
| | | | Feb 28 2024 00:46:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Road Suite 100, West Palm Beach, FL 33409-6493 |
| 14798627 | | Email/Text: fesbank@attorneygeneral.gov | | |
| | | | Feb 28 2024 00:46:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14821659 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 28 2024 00:49:40 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14798628 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Feb 28 2024 00:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14798631 | + | Email/Text: bankruptcy1@pffcu.org | | |
| | | | Feb 28 2024 00:46:00 | Police and Fire Federal Credit Union, 3333 Street Rd, Bensalem, PA 19020-2022 |
| 14798632 | ^ | MEBN | | |
| | | | Feb 28 2024 00:37:12 | Prosper Funding LLC, 221 Main Street Suite 300, San Francisco, CA 94105-1909 |
| 14814269 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Feb 28 2024 00:47:00 | Prosper Marketplace Inc., c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 14798633 | + | Email/Text: bkdepartment@rtresolutions.com | | |
| | | | Feb 28 2024 00:47:00 | Real Time Resolutions, Attn: Bankruptcy, P.O. Box 36655, Dallas, TX 75235-1655 |
| 14807081 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Feb 28 2024 01:01:35 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14798634 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Feb 28 2024 00:47:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14798635 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Feb 28 2024 00:47:00 | Seventh Ave, Attn: Bankruptcy 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14798636 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 28 2024 01:01:23 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14798639 | ^ | MEBN | | |
| | | | Feb 28 2024 00:37:14 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14798640 | | Email/Text: bknotice@upgrade.com | | |
| | | | Feb 28 2024 00:46:00 | Upgrade, Inc., Attn: Bankruptcy 275 Battery Street 23rd, San Francisco, CA 94111 |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Feb 27, 2024 | Form ID: 155 | Total Noticed: 44

| 14798641 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 00:49:40 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14834837 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14821661 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2024            Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOSEPH R. LOVERDI | on behalf of Creditor Police & Fire Federal Credit Union SmithJ3@PFFCU.org divellod@pffcu.org |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Stephen Krewson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Stephen Krewson ) Case No. 23−11985−pmm
 )
 )
   Debtor(s). ) Chapter: 13
 )
 )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: February 27, 2024                  For The Court

                                                                                Patricia M. Mayer
                                                                                Judge, United States Bankruptcy Court