United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11985-pmm |
| Stephen Krewson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 07, 2025 | Form ID: pdf900 | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stephen Krewson, 1830 Woodland Rd, Abington, PA 19001-3812 |
| 14798609 | + | Abington School District, 970 Highland Ave, Abington, PA 19001-4590 |
| 14798618 | | Donna Krewson, 1830 Woodland Rd, Abington, PA 19001-3812 |
| 14798624 | | Montgomery County Tax Claim Bureau, PO Box 190, Norristown, PA 19404-0190 |
| 14798630 | | PHH Mortgage, 3900 Capital Blvd, Lansing, MI 48906 |
| 14798632 | + | Prosper Funding LLC, 221 Main Street Suite 300, San Francisco, CA 94105-1909 |
| 14798637 | | Township of Abington, 1176 Old York Rd, Abington, PA 19001-3731 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 08 2025 00:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 08 2025 00:22:48 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bankruptcy1@pffcu.org | Aug 08 2025 00:14:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14798610 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 08 2025 00:33:57 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14797558 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 08 2025 00:22:17 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14812302 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 08 2025 00:33:47 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14798611 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 08 2025 00:14:00 | Ally Financial, Inc, Attn: Bankruptcy 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14798612 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Aug 08 2025 00:21:41 | Best Egg, 1523 Concord Pike Suite 201, Wilmington, DE 19803-3656 |
| 14798614 | | Email/Text: BKPT@cfna.com | Aug 08 2025 00:14:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14806862 | | Email/Text: BKPT@cfna.com | Aug 08 2025 00:14:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OH 44181-8011 |
| 14798613 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 08 2025 00:22:17 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 14798615 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 08 2025 00:33:50 | Citibank/Sears, Attn: Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14798616 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 08 2025 00:14:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14798617 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 08 2025 00:22:17 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14798619 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 08 2025 00:14:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14798620 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 08 2025 00:14:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14834836 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2025 00:33:41 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14806174 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2025 00:21:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14798621 | | Email/Text: Documentfiling@lciinc.com | Aug 08 2025 00:14:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-2802 |
| 14812663 | + | Email/Text: Documentfiling@lciinc.com | Aug 08 2025 00:14:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 14806176 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 08 2025 00:22:48 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14798622 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 08 2025 00:14:00 | Mariner Finance, Attn: Bankruptcy 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14798623 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 08 2025 00:21:42 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14798625 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 08 2025 00:14:00 | Nelnet, Attn: Claims, P.O. Box: 82505, Lincoln, NE 68501-2505 |
| 14798626 | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 08 2025 00:14:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Road Suite 100, West Palm Beach, FL 33409-6493 |
| 14798627 | | Email/Text: fesbank@attorneygeneral.gov | Aug 08 2025 00:14:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14821659 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 08 2025 00:22:17 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14798628 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 08 2025 00:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14798629 | ^ | MEBN | Aug 08 2025 00:05:33 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14798631 | + | Email/Text: bankruptcy1@pffcu.org | Aug 08 2025 00:14:00 | Police and Fire Federal Credit Union, 3333 Street Rd, Bensalem, PA 19020-2022 |
| 14814269 | + | Email/Text: bncmail@w-legal.com | Aug 08 2025 00:14:00 | Prosper Marketplace Inc., c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 14798633 | + | Email/Text: bkdepartment@rtresolutions.com | Aug 08 2025 00:14:00 | Real Time Resolutions, Attn: Bankruptcy, P.O. Box 36655, Dallas, TX 75235-1655 |
| 14807081 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2025 00:21:42 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14798634 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 08 2025 00:14:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14798635 | + | Email/Text: bankruptcy@sccompanies.com | Aug 08 2025 00:14:00 | Seventh Ave, Attn: Bankruptcy 1112 7th Avenue, Monroe, WI 53566-1364 |

District/off: 0313-2 | User: admin | Page 3 of 4
Date Rcvd: Aug 07, 2025 | Form ID: pdf900 | Total Noticed: 47

| Recip ID | Bypass | Address | Date | Recipient |
|---|---|---|---|---|
| 14798636 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 08 2025 00:22:48 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14798638 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 08 2025 00:14:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14798639 | ^ | MEBN | Aug 08 2025 00:05:22 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14798640 | | Email/Text: bknotice@upgrade.com | Aug 08 2025 00:14:00 | Upgrade, Inc., Attn: Bankruptcy 275 Battery Street 23rd, San Francisco, CA 94111 |
| 14798641 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 08 2025 00:22:17 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14834837 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14821661 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 09, 2025   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH R. LOVERDI | on behalf of Creditor Police & Fire Federal Credit Union SmithJ3@PFFCU.org divellod@pffcu.org |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Stephen Krewson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2     User: admin     Page 4 of 4

Date Rcvd: Aug 07, 2025     Form ID: pdf900     Total Noticed: 47

TOTAL: 4

# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Stephen Krewson,<br><br>Debtor. | Case No. 23-11985-PMM<br><br>Chapter 13 |

### Order Granting Motion to Dismiss Chapter 13 Case

And now, after consideration of the Motion to Dismiss Case filed by Debtor Stephen Krewson, with proper notice, the Court finds as follows:

A. This case has not been converted previously under 11 U.S.C. §§ 706, 1112, or 1208.

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. This case is **DISMISSED**.

3. All wage orders are **VACATED**.

Date: **August 6, 2025**

Honorable Patricia M. Mayer
U.S. Bankruptcy Judge